IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| VEGAS PROPERTY SERVICES, INC.,<br>Appellant,<br>vs.<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE TO WACHOVIA BANK<br>NATIONAL ASSOCIATION, AS<br>TRUSTEE TO C/O BAC, M/C:CA6-914-<br>01-043,<br>Respondent. | No. 78224<br><br>**FILED**<br><br>MAY 2 9 2020<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

Notwithstanding its untimeliness, the parties' stipulation to dismiss this appeal is approved. This appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Timothy C. Williams, District Judge
M. Nelson Segel, Settlement Judge
Christopher V. Yergensen
Akerman LLP/Las Vegas
Eighth District Court Clerk

20-20361